UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW S. RICKENS,

Plaintiff,

-against-

THE VILLAGE OF HAVERSTRAW POLICE
DEPT. ET AL,

Defendants.

26-cv-103 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 13, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 14, 2026
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge